IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

Plaintiff,

-vs-

Criminal Action No.
26-00015-01-CR-W-DGK

KENNY DICKSON,

Defendant.

**MEMORANDUM OF MATTERS DISCUSSED AND**
**ACTION TAKEN AT PRETRIAL CONFERENCE**

The following matters were discussed and action taken during the pretrial conference:

**PENDING CHARGES**:

Count One — Possession with Intent to Distribute 100 grams or more of Phencyclidine (PCP), *in violation of* 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)

Count Two — Possession of a Firearms in Furtherance of a Drug Trafficking Crime, *in violation of* 18 U.S.C. § 924(c)(1)(A)(i)

Count Three — Felon in Possession of a Firearm, *in violation of* 18 U.S.C. §§ 922(g)(1) and 924(a)(8)

**TRIAL COUNSEL**:
Government: Brandon Gibson
Case Agent: KCPD Detective Lucas Tarwater
Defense: Marc Ermine & Jeff Wood

**OUTSTANDING MOTIONS**: None

**ANTICIPATED MOTIONS**: None

**TRIAL WITNESSES**:
Government: 7 with stipulations; 10 without stipulations
Defense: 1-2 witnesses, including Defendant who will not testify

**TRIAL EXHIBITS**:
Government: 50 exhibits
Defense: No additional exhibits

**DEFENSES**:

( x ) defense of general denial
( ) defenses of general denial and ______________________________

**POSSIBLE DISPOSITION**:

( ) Definitely for trial
( x ) Possibly for trial
( ) Motion to continue to be filed
( ) Likely a plea will be worked out

**TRIAL TIME**: **2 days**

Government's case including jury selection: 1 ½ -2 days
Defense case: 1-2 hours

**STIPULATIONS**:

( ) not likely
( ) not appropriate
( x ) have been proposed as to:
- ( x ) chain of custody
- ( x ) chemist's reports
- ( ) prior felony conviction
- ( x ) interstate nexus of firearm
- ( x ) Defendant's status as a felon

**UNUSUAL QUESTIONS OF LAW**: None

**FILING DEADLINES:**

**Witness and Exhibit Lists**:
Government: October 5, 2026
Defense: October 5, 2026
**Counsel are requested to list witnesses in alphabetical order on their witness list.**

**Exhibit Index, Voir Dire, Jury Instructions**: October 5, 2026
**Jury instructions must comply with Local Rule 51.1**

**Motions in Limine**: October 5, 2026

**TRIAL SETTING**: Criminal jury trial docket commencing October 19, 2026

**Please note**: *Government counsel has another case on the October docket, USA v. Jayla M. Ragin, 26-00290-01-CR-W-BCW.*

*Defense counsel has a contested supervised release revocation hearing on October 20,2026, in USA v. Stephen W. Sanders, 21-00138-01-CR-W-SRB, and requests trial start thereafter.*

**OTHER**:

( ) A ______________________-speaking interpreter is required.

( ) Other assistive devices: ________________________________________________

**IT IS SO ORDERED.**

*/s/ Jill A. Morris*

JILL A. MORRIS

United States Magistrate Judge